```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 17782
   ANITA M SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8029

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/05/2004 and was confirmed 07/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I         .00             .00             .00
AARON'S FURNITURE          UNSECURED        NOT FILED            .00             .00
AMERICASH LOANS LLC        UNSECURED           446.14            .00          446.14
ARONSON RENTAL PURCHASE    UNSECURED        NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED           300.00            .00          300.00
CO VEST BANC               UNSECURED        NOT FILED            .00             .00
COMCAST                    UNSECURED        NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00             .00
DANIEL CARDOS              UNSECURED        NOT FILED            .00             .00
EMPRESS CASINO JOLIET CO   UNSECURED          1237.95            .00         1237.95
EMPRESS RIVER CASINO COR   NOTICE ONLY     NOT FILED            .00             .00
FIRST CONSUMER NATIONAL    UNSECURED        NOT FILED            .00             .00
FIRST CONSUMERS NATIONAL   NOTICE ONLY     NOT FILED            .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED            .00             .00
HOUSEHOLD BANK             UNSECURED        NOT FILED            .00             .00
LANE BRYANT                UNSECURED        NOT FILED            .00             .00
LANE BRYANT                NOTICE ONLY     NOT FILED            .00             .00
NATIONWIDE ACCEPTANCE~     UNSECURED          1203.56            .00         1203.56
PEOPLES GAS LIGHT & COKE   UNSECURED            18.33            .00           18.33
RENAISSANCE BANKCARD SER   UNSECURED        NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSECURED           240.74            .00          240.74
ST ELIZABETH               UNSECURED        NOT FILED            .00             .00
ST JOSEPH EMERGENCY PHYS   UNSECURED        NOT FILED            .00             .00
STEWART & ASSOCIATES PC    UNSECURED        NOT FILED            .00             .00
TCF NATIONAL BANK          UNSECURED        NOT FILED            .00             .00
UNIFUND CCR PARTNERS       UNSECURED        NOT FILED            .00             .00
US CELLULAR                UNSECURED        NOT FILED            .00             .00
CENTRAL FURNITURE MART     SECURED NOT I     1718.56            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          1661.47            .00         1661.47
INTERNAL REVENUE SERVICE   UNSECURED           27.16            .00           27.16
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,694.00                        2,694.00
TOM VAUGHN                 TRUSTEE                                            465.33

                   PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 17782 ANITA M SMITH
```

```
DEBTOR REFUND            REFUND                                          261.25

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                                 RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          8,555.93

PRIORITY                                                  1,661.47
SECURED                                                        .00
UNSECURED                                                 3,473.88
ADMINISTRATIVE                                            2,694.00
TRUSTEE COMPENSATION                                        465.33
DEBTOR REFUND                                               261.25
                               ---------------         ---------------
TOTALS                           8,555.93                 8,555.93
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/21/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 04 B 17782 ANITA M SMITH